IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **TINA STRAMBLER,** *Plaintiff*, | § § § | |
| v. | § § | MO:17-CV-00132-DC |
| **LAREDO PETROLEUM,** *Defendant*. | § § § | |

## FINAL JUDGMENT

On this day, the Court granted Defendant Laredo Petroleum's Motion for Summary Judgment and dismissed Plaintiff Tina Strambler's claims arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e against Defendant. The Court also declined to exercise supplemental jurisdiction over Plaintiff's remaining state-law claims, including the defamation claim, against Defendant. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

The Court **ORDERS** that Defendant's Motion for Summary Judgment is hereby **GRANTED.** (Doc. 25).

The Court further **ORDERS** that Plaintiff's Title VII sex discrimination, sexual harassment and hostile work environment, and retaliation claims against Defendant are **DISMISSED WITH PREJUDICE** and that Plaintiff's state-law claims, including the defamation claim, are **DISMISSED WITHOUT PREJUDICE**, with the parties to bear their own costs.

The Court further **ORDERS** that any pending motions shall be **DENIED** as moot.

The Court finally **ORDERS** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 20th day of December, 2018.

                                           DAVID COUNTS
                                           UNITED STATES DISTRICT JUDGE